IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Case No. 10-cv-00843-WDM-CBS

KEN ULRICH AND
HIGH PLAINS CATTLE COMPANY, LLC.,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER OF RECUSAL

---

Pursuant to 28 U.S.C. § 455 the undersigned recuses himself for service in the above captioned matter because of his prior business relationship with one or more of the parties and directs that this case be returned to the Clerk for reassignment by random draw.

DATED at Denver, Colorado, on April 19, 2010

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge